UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS L. JONES, | ) |
| Plaintiff, | ) CASE NO.   C07-664-TSZ |
| v. | ) |
| KENNETH QUINN, *et al.*, | ) ORDER OF DISMISSAL |
| Defendants. | ) |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's complaint, and this action, are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to adequately allege a cause of action under § 1983.

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 15th day of November, 2007.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL